The PEOPLE OF the STATE OF CALI-
FORNIA ex rel, John VAN DE KAMP,
Attorney General of the State of Cali-
fornia, Plaintiff-Appellee,

v.

The TAHOE REGIONAL PLANNING
AGENCY, a separate legal entity cre-
ated by Bi-State Compact, Defendant-
Appellant,

Tahoe Shorezone Representation, a Ne-
vada corporation,
Intervenor-Appellant.

No. 84–2450.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 15, 1985.

Decided July 22, 1985.

As Amended Oct. 31, 1985.

John K. Van de Kamp, Atty. Gen., N.
Gregory Taylor, Asst. Atty. Gen., Richard
M. Skinner, Deputy Atty. Gen., Sacramen-
to, Cal., E. Clement Shute, Shute, Mihaly &
Weinberger, San Francisco, Cal., for plain-
tiff-appellee.

William T. Chidlaw, Law Offices of Wil-
liam T. Chidlaw, Sacramento, Cal., for in-
tervenor-appellant.

Before ANDERSON AND CANBY, Cir-
cuit Judges and NIELSEN,* District
Judge.

## ORDER

The panel orders the following amend-
ment to its opinion in this case, filed July
22, 1985:

* The Honorable Leland C. Nielsen, United States
District Judge for the Southern District of Cali-

Replace the language at page 9, lines 16–
18, which states:

The proposed TRPA Regional Plan will
require the installation of best manage-
ment practices on all shorezone property.

with the following:

TRPA's goals include ultimately putting
best management practices in place for
all land in the Lake Tahoe region.

The petition for rehearing is denied.